## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| MATTHEW R. KEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:19-cv-00069-RLY-MPB |
| ) | |
| SIT-CO, LLC, SIT-CO, LLC d/b/a ) | |
| GIGAHOMEBB and GIGAHOME, INC., ) | |
| ) | |
| Defendants. ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendants SIT-CO, LLC, SIT-CO, LLC d/b/a Gigahomebb and Gigahome, Inc. and pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon Defendants on April 4, 2019 (Docket Entry 6). Defendants have failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Clerk's Default against Defendants SIT-CO, LLC d/ba Gigahomebb and Gigahome, Inc. is GRANTED, and the default of these defendants is hereby entered.

Dated this 14th day of May, 2019.

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court